Lisa Barnett Sween (State Bar No. 191155)
Spencer J. Davidson (State Bar No. 281169)
JACKSON LEWIS P.C.
50 California, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: lisa.sween@jacksonlewis.com
Email: spencer.davidson@jacksonlewis.com

Attorneys for Defendant
FRESENIUS MANAGEMENT SERVICES, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

John F. Martin (State Bar No. 52618)
Marta R. Vanegas (State Bar No. 278328)
Brittany C. Jones (State Bar No. 324593)
MARTIN & VANEGAS, APC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Telephone: (925) 937 5433
Facsimile: (925) 938 5567
E-mail: brittany@martinvanegaslaw.com
E-mail: john@johnfmartinlaw.com
E-mail: marta@martinvanegaslaw.com

Attorneys for Plaintiff
GWENDOLYN R. SAMPSON-BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN R. SAMPSON-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>FRESENIUS MANAGEMENT SERVICES, INC. and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 4:20-cv-01331-HSG<br><br>**STIPULATION AND ORDER RE: FEDERAL RULE OF EVIDENCE 502(D)**<br><br>State Complaint Filed: 10/11/19<br>Trial Date: Not Set |

The Parties hereby enter into the following stipulation regarding the production of privileged or work-product protected documents as follows:

Plaintiffs and Defendant stipulate, through their counsel of record, that the unintentional or intentional production of privileged or work-product protected documents, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

MARTIN & VANEGAS, APC

DATED: March 22, 2020

By: _____
John F. Martin
Marta R. Vanegas
Brittany C. Jones
Attorneys for Plaintiff
Gwendolyn R. Sampson-Brown

JACKSON LEWIS P.C.

DATED: March 24, 2020

By: _____
Lisa Barnett Sween
Spencer Davidson
Attorneys for Defendant
Fresenius Management Services, Inc d/b/a
Fresenius Medical Care North America

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/25/2020

*signature*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge