UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gwendolyn Sampson-Brown

      Plaintiff(s)

v.

Fresenius Management Services, Inc.

      Defendant(s)

CASE No C 4:20-cv-01331-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Maria Elena James, Mediator
  ADR Services, Inc.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)
- ☒ other requested deadline: October 30, 2020

Date: June 11, 2020     _Brittany Toth_
           Attorney for Plaintiff

Date: June 11, 2020     _[signature]_
           Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/12/2020     _Haywood S. Gilliam Jr._
           U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*