MARTIN & VANEGAS, APC
John F. Martin (State Bar No. 52618)
John@martinvanegaslaw.com
Marta R. Vanegas (State Bar No. 278328)
Marta@martinvanegaslaw.com
Brittany C. Jones (State Bar No. 324593)
Brittany@martinvanegaslaw.com
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Telephone: (925) 937-5433
Fax: (925) 938-5567

Attorneys for Plaintiff
GWENDOLYN R. SAMPSON BROWN

Lisa Barnett Sween (State Bar No. 191155)
Spencer J. Davidson (State Bar No. 281169)
JACKSON LEWIS P.C.
50 California, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: lisa.sween@jacksonlewis..com
Email: spencer.davidson@jacksonlewis.com

Attorneys for Defendant
FRESENIUS MANAGEMENT SERVICES,
INC. d/b/a FRESENIUS MEDICAL CARE
NORTH AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SAMPSON,<br><br>Plaintiff,<br><br>v.<br><br>FRESENIUS MANAGEMENT SERVICES, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 4:20-cv-01331-HSG**<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

On October 27, 2020 Plaintiff GWENDOLYN SAMPSON and Defendants FRESENIUS MANAGEMENT SERVICES, INC. (hereinafter, jointly, the Parties) reached an agreement in

Mediation to resolve this matter. Accordingly, the Parties jointly request that all Court dates and deadlines be vacated.

Pursuant to this Joint Stipulation, the Parties agree and stipulate that the entire case shall be dismissed with prejudice, and further agree that each party shall be responsible for its own costs and attorneys' fees.

All signatories listed below concur in this filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: November 18, 2020     **MARTIN & VANEGAS, APC**

By: /s/ Brittany C. Toth

Attorneys for PLAINTIFF
GWENDOLYN SAMPSON

DATED: November 18, 2020     **JACKSON LEWIS P.C.**

By: /s/Spencer C. Davidson
Spencer C. Davidson
Attorneys for Defendants
FRESENIUS MANAGEMENT SERVICES, INC.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories which shall serve in lieu of their signatures on this document.

DATED: November 18, 2020.     **JACKSON LEWIS P.C.**

By: /s/Spencer C. Davidson
Spencer C. Davidson
Attorneys for Defendants
FRESENIUS MANAGEMENT SERVICES, INC.

## ORDER

Pursuant to the Parties stipulation, the subject case is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 11/19/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge